UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

Elizabeth Tan-Chiu,                              Case No.: 19-11919-JKO

    Debtor.                                        Chapter 11

_____/

**SHAHVEER DHATIGARA'S *EX PARTE* MOTION TO SUBSTITUTE COUNSEL**

    Creditor, Shahveer Dhatigara ("Mr. Dhatigara"), by and through undersigned law firms, files this *Motion to Substitute Counsel* (the "Motion"), and says:

    1.    Attorney Bernice C. Lee, along with the law firm of Shraiberg, Landau & Page, P.A. ("SLP") are counsel of record in this matter for Mr. Dhatigara.

    2.    Ms. Lee, lead counsel for Mr. Dhatigara, has joined the law firm of Kozyak Tropin & Throckmorton.

    3.    As a result of Ms. Lee's departure from SLP, such firm and its other individual attorneys will no longer have any ongoing role in this case, and therefore the Kozyak Tropin & Throckmorton firm needs to be substituted for SLP as counsel for Mr. Dhatigara in this matter.

    4.    SLP and Kozyak Tropin & Throckmorton have entered into a Stipulation of Counsel, which Mr. Dhatigara has executed, thereby consenting to the substitution.

    5.    Attached to this Motion as **Exhibit A** is the executed Stipulation for Substitution of Counsel, which includes the proposed form of Order granting this Motion.

Dated: September 30, 2019

{2284/000/00447996}

| | |
|---|---|
| KOZYAK TROPIN & THROCKMORTON | SHRAIBERG, LANDAU & PAGE, P.A. |
| Attorneys for Shahveer Dhatigara | 2385 NW Executive Center Drive |
| 2525 Ponce de Leon, 9th Floor | Suite 300 |
| Miami, Florida 33134 | Boca Raton, Florida 33431 |
| (305) 372-1800 Telephone | Telephone: (561) 443-0800 |
| (305) 372-3508 Facsimile | Facsimile: (561) 998-0047 |
| | |
| By: /s/ Bernice C. Lee | By: /s/ Bradley S. Shraiberg |
|     Bernice C. Lee |     Bradley S. Shraiberg |
|     Florida Bar No. 0073535 |     Florida Bar. No. 121622 |
|     Email: blee@kttlaw.com |     Email: bss@slp.law |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served (i) via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case and/or (ii) via U.S. mail to all parties on the attached service list on this 30th day of September, 2019.

                                                By: /s/ Bernice C. Lee
                                                       Bernice C. Lee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 19-11919-JKO<br>Southern District of Florida<br>Fort Lauderdale<br>Mon Sep 30 11:08:05 EDT 2019 | Synchrony Bank<br>PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | ASD Specialty Healthcare Inc<br>dba Oncology Supply<br>2801 Horace Shepard Drive<br>Dothan, AL 36303-1038 |
| Adam D Palmer Esq<br>Adam D Palmer PA<br>4755 Technology Way<br>Boca Raton, FL 33431-3338 | Angelina Tan<br>5093 Lasedona Circle<br>Delray Beach, FL 33484-8740 | Broward County Tax Collector<br>Government Center Annex<br>115 S. Andrews Avenue, Room # A100<br>Fort Lauderdale, FL 33301-1895 |
| CBCS<br>POB 163279<br>Columbus, OH 43216-3279 | COMCAST<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | Centers for Medicare & Medicaid Services<br>Medicare Part B Debt Recovery and MSP<br>POB 2525<br>Jacksonville, FL 32231-0019 |
| Colleen Miller<br>Quarles & Brady LLP<br>101 East Kennedy Blvd<br>Suite 2400<br>Tampa, FL 33602-5187 | Columbia Hospital Corp of South Broward<br>d/b/a Westside Regional Medical Center<br>8201 Broward Blvd.<br>Plantation, FL 33324-2798 | Columbia Hospital Corp of Southern Broward<br>d/b/a Westside Regional Medical Center<br>c/o Lesli Love / HCA Healthcare<br>One Park Plaza, Building I-2W<br>Nashville, TN 37203-6527 |
| Comcast<br>141 NW 16th Street<br>Pompano Beach, FL 33060-5291 | Comcast<br>POB 530098<br>Atlanta, GA 30353-0098 | Comcast Business<br>POB 71211<br>Charlotte, NC 28272-1211 |
| DRSCRIBE, Inc.<br>1495 Forest Hill Blvd<br>Suite F<br>West Palm Beach, FL 33406-6073 | Delray Medical Center<br>POB 830913<br>Birmingham, AL 35283-0913 | Dr. Elizabeth Tan-Chiu MD PA<br>201 NW 82 Avenue # 102<br>Plantation, FL 33324-1853 |
| Dr. Elizabeth Tan-Chiu MD PA<br>201 NW 82nd Avenue # 102<br>Plantation, FL 33324-1853 | Dr. Lauren Peirce Carcas, MD<br>4445 Parkside Road<br>Davie, FL 33328-2502 | Dr. Navneet Dhillon<br>c/o Joseph L. Ackerman Jr Esq<br>515 North Flagler Drive, Suite 2100<br>West Palm Beach, FL 33401-4332 |
| DrScribe, Inc.<br>100 SE Third Avenue, Suite 2001<br>Fort Lauderdale, FL 33394-0008 | E-Z Claims, Inc.<br>2101 NW Corporate Blvd.<br>Suite # 315<br>Boca Raton, FL 33431-7364 | Elizabeth Tan-Chiu MD PA<br>201 NW 82nd Avenue<br>Suite 102<br>Plantation, FL 33324-1853 |
| Elizabeth Tan-Chiu MD PA<br>201 NW 82nd Avenue # 102<br>Plantation, FL 33324-1853 | Elizabeth Tan-Chiu MD PA<br>dba Florida Cancer Care<br>12172 NW 72nd Street<br>Parkland, FL 33076-4606 | Elizabeth Tan-Chiu MD PA<br>dba Florida Cancer Care<br>201 NW 82 Avenue # 102<br>Plantation, FL 33324-1853 |
| Enterprise Realty Solutions LLC<br>7807 Galleon Court<br>Parkland, FL 33067-2349 | First Coast Service Options Inc<br>Medicare Part B Debt Recovery<br>POB 44094<br>Jacksonville, FL 32231-4094 | Florida Cancer Research Institute<br>12172 NW 72nd Street<br>Parkland, FL 33076-4606 |

```
Florida Cancer Research Institute LLC      Florida Department of Revenue          Gulie Gancyigit
12172 NW 72nd Street                       Bankruptcy Section                     4124 NW 88th Ave
Plantation, FL 33076-4606                  P.O. Box 6668                          #207
                                           Tallahassee, FL 32314-6668             Pompano Beach, FL 33065-1839


HCA Inc.                                   Healthcare Revenue Recovery Group LLC  Inphynet Contracting Services
Attn: Vice President, Real Estate          POB 459080                             14050 NW 14th Street, # 190
One Park Plaza                             Sunrise, FL 33345-9080                 Fort Lauderdale, FL 33323-2851
Nashville, TN 37203-6527


Inphynet Contracting Services, LLC         Internal Revenue Service               J. Jeffrey Deery Esq.
PO Box 1123                                POB 7346                               Heidi M. Mitchell Esq.
Minneapolis, MN 55440-1123                 Philadelphia, PA 19101-7346            Winderweedle Haines Ward & Woodman PA
                                                                                  POB 880
                                                                                  Winter Park, FL 32790-0880


JPMorgan Chase                             JPMorgan Chase Bank NA                 JPMorgan Chase Bank, N.A.
Attn: TX3-7812                             350 East Las Olas Blvd F114, #1440     c/o Mark A. Jarman
POB 659673                                 Fort Lauderdale, FL 33301-4216         P.O Box 29550 Mail Code AZ1-1004
San Antonio, TX 78265-9673                                                        Phoenix AZ 85038-9550


Jay Kim Esq                                Joseph  L Ackerman Esq                 Kenneth A. Welt, Chapter 7 Trustee
1 Financial Plaza                          Fowler White Burnett PA                c/o Glenn D. Moses
100 SE 3rd Avenue                          Northbridge Centre                     Genovese Joblove & Battista, P.A.
Suite 2001                                 515 North Flagler Drive, Suite 2100    100 SE 2nd Street, Suite 4400
Fort Lauderdale, FL 33394-0008             West Palm Beach, FL 33401-4332         Miami, FL 33131-2118


Keri Lynda Horvat Esq                      Kristen L Palacio-Martinez Esq         Lincoln Harris CSG
Egovil & Horvat PLLC                       1 Financial Plaza                      4450 Camino Real Way
Attorneys for Plaintiff                    100 SE 3rd Avenue                      Fort Myers, FL 33966-1050
2525 Ponce de Leon Blvd, Suite 300         Suite 2001
Coral Gables, FL 33134-6044                Fort Lauderdale, FL 33394-0008


Office of the US Trustee                   Robert C L Vaughn Esq                  SYNCB/ATHLETA VISA
51 S.W. 1st Ave.                           1 Financial Plaza                      Attn: Bankruptcy
Suite 1204                                 100 SE 3rd Avenue                      PO Box 965060
Miami, FL 33130-1614                       Suite 2001                             Orlando, FL 32896-5060
                                           Fort Lauderdale, FL 33394-0008


Shahveer Dhatigara                         Shahveer Dhatigara                     Shahveer Dhatigara
100 SE Third Ave, Suite 2001               1495 Forest Hill Blvd                  7807 Galleon Court
Fort Lauderdale, FL 33394-0008             Suite F                                Parkland, FL 33067-2349
                                           West Palm Beach, FL 33406-6073


United Health Care                         (p)WELLS FARGO BANK NA                 Winham Professionals
POB 94017                                  1 HOME CAMPUS                          382 Main Street
Palatine, IL 60094-4017                    MAC X2303-01A                          Salem, NH 03079-2412
                                           DES MOINES IA 50328-0001


XYNYX Inc.                                 Xynyx Technologies, Inc.               Xynyx, Inc.
1495 Forest Hill Blvd.                     100 SE Third Avenue, Suite 2001        100 SE Third Avenue, Suite 2001
Suite F                                    Fort Lauderdale, FL 33394-0008         Fort Lauderdale, FL 33394-0008
West Palm Beach, FL 33406-6073
```

| | | |
|---|---|---|
| Aaron A Wernick<br>2255 Glades Rd # 301E<br>Boca Raton, FL 33431-7383 | Elizabeth Tan-Chiu<br>12172 NW 72nd Street<br>Parkland, FL 33076-4606 | Shahveer Dhatigara<br>c/o Bernice C. Lee, Esq.<br>Shraiberg, Landau & Page, P.A.<br>2385 N.W. Executive Center Drive<br>Suite 300<br>Boca Raton, FL 33431-8530 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Wells Fargo Bank
Attn: Bankruptcy Dept
Po Box 6429
Greenville, SC 29606

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)JPMorgan Chase Bank, NA - Business Banking | (d)Elizabeth Tan-Chiu MD PA<br>dba Florida Cancer Care<br>201 NW 82 Avenue, # 102<br>Plantation, FL 33324-1853 | (u)Kenneth A Welt |

End of Label Matrix
Mailable recipients    62
Bypassed recipients     3
Total                  65

# Exhibit A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

Elizabeth Tan-Chiu,                                              Case No.: 19-11919-JKO

    Debtor.                                                          Chapter 11
_____/

**STIPULATION FOR SUBSTITUTION OF COUNSEL**

IT IS STIPULATED AND AGREED to, by and between the undersigned attorneys, that the law firm of Kozyak Tropin & Throckmorton shall be substituted in place of the law firm of Shraiberg, Landau & Page, P.A. as counsel for Shahveer Dhatigara ("Mr. Dhatigara") in the above-referenced matter, and agree to the entry of an order in the attached form approving this Stipulation for Substitution of Counsel as an order of the Court:

| KOZYAK TROPIN & THROCKMORTON | SHRAIBERG, LANDAU & PAGE, P.A. |
|---|---|
| Attorneys for Shahveer Dhatigara | 2385 NW Executive Center Drive |
| 2525 Ponce de Leon, 9th Floor | Suite 300 |
| Miami, Florida 33134 | Boca Raton, Florida 33431 |
| (305) 372-1800 Telephone | Telephone: (561) 443-0800 |
| (305) 372-3508 Facsimile | Facsimile: (561) 998-0047 |
| By: /s/ Bernice C. Lee | By: /s/ Bradley S. Shraiberg |
|     Bernice C. Lee |     Bradley S. Shraiberg |
|     Florida Bar No. 0073535 |     Florida Bar. No. 121622 |
|     Email: blee@kttlaw.com |     Email: bss@slp.law |

## CONSENT OF CLIENT TO SUBSTITUTION OF COUNSEL

I, Shahveer Dhatigara, hereby give my consent to the substitution of the law firm of Kozyak Tropin & Throckmorton and its individual attorneys as counsel on my behalf in the above-referenced case, in place of the law firm of Shraiberg, Landau & Page, P.A. and its individual attorneys, as set forth in the above Stipulation for Substitution of Counsel.

By: _____
Shahveer Dhatigara

{2284/000/00447996}

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

Elizabeth Tan-Chiu,                                    Case No.: 19-11919-JKO

    Debtor.                                                Chapter 11
_____/

### ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL

THIS MATTER came before the Court on September 30, 2019 upon the filing of Shahveer Dhatigara's ("Mr. Dhatigara") Motion to Substitute Counsel. The Court, having reviewed the Motion, understanding that Mr. Dhatigara seeks to substitute the law firm of Kozyak Tropin & Throckmorton, and its individual attorneys, in place of the law firm of Shraiberg, Landau & Page, P.A., and its individual attorneys, that an executed Stipulation for Substitution of Counsel is attached to the Motion along with a proposed form of order, and that

{2284/000/00447996}                          6

Mr. Dhatigara consents to the substitution and has executed the Substitution of Counsel, finds good cause for the relief sought.

Accordingly, it is ORDERED that:

1. The Motion is GRANTED.

2. The Stipulation for Substitution of Counsel attached to the Motion is APPROVED.

3. The law firm of Kozyak Tropin & Throckmorton, and its individual attorneys, shall be and are hereby substituted in place of the law firm Shraiberg, Landau & Page, P.A., and its individual attorneys, as counsel for Mr. Dhatigara in the above-referenced case.

4. Shraiberg, Landau & Page, P.A., and its individual attorneys, are hereby withdrawn as counsel of record for Mr. Dhatigara in this case, and are relieved of all further responsibility and obligation associated with the representation of Mr. Dhatigara in this case.

5. The Clerk of Court and the parties to this action are hereby notified that Shraiberg, Landau & Page, P.A., and its individual attorneys, shall be removed from the service list of this case from and after the date of this Order.

6. All further notices and filings in this case shall be served on Mr. Dhatigara using the following contact information:

>   Bernice C. Lee, Esq.
>   Kozyak Tropin & Throckmorton
>   2525 Ponce de Leon, 9th Floor
>   Miami, Florida 33134
>   Phone: (305) 377-0665
>   blee@kttlaw.com

###

*Bernice C. Lee, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.*