

**ORDERED in the Southern District of Florida on October 2, 2019.**

**John K. Olson, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

Elizabeth Tan-Chiu,                                  Case No.: 19-11919-JKO

    Debtor.                                            Chapter 11

_____/

## ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL

THIS MATTER came before the Court on September 30, 2019 upon the filing of Shahveer Dhatigara's ("Mr. Dhatigara") Motion to Substitute Counsel. The Court, having reviewed the Motion, understanding that Mr. Dhatigara seeks to substitute the law firm of Kozyak Tropin & Throckmorton, and its individual attorneys, in place of the law firm of Shraiberg, Landau & Page, P.A., and its individual attorneys, that an executed Stipulation for Substitution of Counsel is attached to the Motion along with a proposed form of order, and that Mr. Dhatigara consents to

the substitution and has executed the Substitution of Counsel, finds good cause for the relief sought.

Accordingly, it is ORDERED that:

1. The Motion is GRANTED.

2. The Stipulation for Substitution of Counsel attached to the Motion is APPROVED.

3. The law firm of Kozyak Tropin & Throckmorton, and its individual attorneys, shall be and are hereby substituted in place of the law firm Shraiberg, Landau & Page, P.A., and its individual attorneys, as counsel for Mr. Dhatigara in the above-referenced case.

4. Shraiberg, Landau & Page, P.A., and its individual attorneys, are hereby withdrawn as counsel of record for Mr. Dhatigara in this case, and are relieved of all further responsibility and obligation associated with the representation of Mr. Dhatigara in this case.

5. The Clerk of Court and the parties to this action are hereby notified that Shraiberg, Landau & Page, P.A., and its individual attorneys, shall be removed from the service list of this case from and after the date of this Order.

6. All further notices and filings in this case shall be served on Mr. Dhatigara using the following contact information:

> Bernice C. Lee, Esq.
> Kozyak Tropin & Throckmorton
> 2525 Ponce de Leon, 9th Floor
> Miami, Florida 33134
> Phone: (305) 377-0665
> blee@kttlaw.com

###

**Submitted By:**

Bernice C. Lee, Esq.
Florida Bar No. 0073535
**KOZYAK TROPIN & THROCKMORTON, LLP**
2525 Ponce de Leon Blvd., 9th Floor
Miami, Florida 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508
E-mail: blee@kttlaw.com

**Copies furnished to:**
Bernice C. Lee, Esq.
[Attorney Bernice C. Lee is hereby directed to serve a copy of this Order upon all parties in interest and to file a certificate of service of same.]